[No. 35592-2-II.   Division Two.   March 25, 2008.]

CHARLES LAWRENCE ET AL., *Appellants*, v. PRIVATE CAPITAL, LLC, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 06-2-00346-6, Barbara D. Johnson, J., entered October 20, 2006. *Reversed* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, A.C.J., and Penoyar, J.

[No. 35597-3-II.   Division Two.   March 25, 2008.]

TREV KISER, *Appellant*, v. CLARK COLLEGE, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 05-2-00617-7, Chris Wickham, J., entered October 20, 2006. *Reversed* and *remanded* by unpublished opinion per Houghton, C.J., concurred in by Bridgewater and Penoyar, JJ.

[No. 35598-1-II.   Division Two.   March 25, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFF LEROY HARP, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 06-1-01172-1, Stephen M. Warning, J., entered November 15, 2006. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Van Deren, A.C.J., and Penoyar, J.

[No. 35742-9-II.   Division Two.   March 25, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. EDWARD A. STEWARD, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 06-1-00357-7, Kenneth D. Williams, J., entered December 15, 2006. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Houghton, C.J., and Armstrong, J.